## People of the State of Illinois, Defendant in Error, v. J. Jablonski, Plaintiff in Error.

### Gen. No. 42,161.

opinion filed May 5, 1943.

Lawrence E. Dowd, for plaintiff in error; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher and Melvin S. Rembe, Assistant State's Attorneys, of counsel. Opinion by JUSTICE HEBEL. ''Not to be published in full.''